UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. MILLS, JR.<br>2413 9th Street S.<br>Arlington, VA 22204<br><br>       **Plaintiff**<br>v.<br><br>MICHAEL W. WYNNE<br>SECRETARY OF THE DEPARTMENT<br>OF THE AIR FORCE<br>Pentagon, Washington, DC 20330<br><br>       **Defendant.** | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0619 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

    The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY
                              D.C. BAR NUMBER 498-610

    By:               /s/              
          OLIVER W. McDANIEL, D.C. Bar No. 377-360
          Assistant United States Attorney
          Civil Division
          555 4th Street, N.W.
          Washington, D.C.  20530
          (202) 616-0739 / (202) 514-8780 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2008, I caused the foregoing Notice of Appearance to be served on Plaintiff's Attorney Stephen Bamberger by the court's Electronic Case Filing System (ECF) or, if this means fails, then by U.S. mail, addressed as follows:

STEPHEN BAMBERGER
1529 Old Bridge Rd. #2
Woodbridge, VA 22192

                                                   /s/
                              OLIVER W. McDANIEL, D.C. BAR # 377360
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth St., N.W., Rm. E4917
                              Washington, D.C.  20530
                              (202) 616-0739