UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. MILLS, JR.                                )                                                              | |
|                                                                )                                                              | |
|        Plaintiff           )                                                              | |
| v.                                                          )    Civil Action No. 08-0619 (PLF)                     | |
|                                                                )                                                              | |
| MICHAEL W. WYNNE                          )                                                              | |
| SECRETARY OF THE DEPARTMENT    )                                                              | |
| OF THE AIR FORCE                             )                                                              | |
|                                                                )                                                              | |
|        Defendant.      )                                                              | |

**DEFENDANT'S CONSENT MOTION FOR AN
EXTENSION OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE COMPLAINT**

The Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint, from today May 14, 2008, up to and including June 12, 2008. Counsel for the Defendant has not decided what form Defendant's response to the complaint will take. Counsel for the Plaintiff, Stephen A. Bamberger, has graciously consented to this motion. As grounds for this motion, Defendant submits the following:

Counsel for the United States Air Force (USAF) needs additional time in order to obtain more information from the agency and needs more time to determine whether the parties can agree that all documents sought by Plaintiff in his Freedom of Information Act (FOIA) request have been disclosed. Moreover, Counsel for the USAF's demanding litigation schedule also necessitates this request for an extension of time. Specifically, Counsel for the USAF has had a number of time-consuming litigation demands that have prevented Counsel for the USAF from pursuing the information needed to assess how USAF should respond to the Complaint. Additionally, Counsel

for the USAF has had a substantial filing in District Court, in the case of <u>Powers-Bunce v. District of Columbia, et al.</u>, C.A. No. 06-1586 (RMC), and several mediation sessions in other civil actions, including <u>Kriesch v. Connor</u>, 05-2402 (RMC), <u>Jeffers v. Chao</u>, C. A. No. 03-1762 (RMC), <u>Davis v. Mukasey</u>, C.A. No. 03-2531 (RBW) and <u>Gilbert v. Chertoff</u>, C.A. No. 05-2128 (RJL). These and other personal and professional responsibilities of Counsel for the Defendant necessitate this requested extension until June 12, 2008.

  WHEREFORE, Defendant submits that this motion for an extension of time up to and including June 12, 2008, to file a response to the Complaint should be granted.

            Respectfully submitted,

            JEFFREY A. TAYLOR
            UNITED STATES ATTORNEY
            D.C. BAR NUMBER 498-610


    By:        /s/       
       OLIVER W. McDANIEL, D.C. Bar No. 377-360
       Assistant United States Attorney
       Civil Division
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 616-0739

       Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of May, 2008, I caused the foregoing **Defendant's Consent Motion for an Extension of Time to File an Answer or Other Response to the Complaint** to be served on Counsel for the Plaintiff by the Electronic Case Filing system or, if this means fails, then by U.S. mail, postage prepaid, addressed as follows:

Stephen Bamberger, Esq.
1529 Old Bridge Rd. #2
Woodbridge, VA 22192

                                                              /s/
                                    OLIVER W. McDANIEL, D.C. BAR # 377360
                                    Assistant United States Attorney
                                    Civil Division
                                    555 Fourth Street, N.W.
                                    Washington, D.C.  20530
                                    (202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT J. MILLS, JR.**            ) | |
|                                                         ) | |
| **Plaintiff**                              ) | |
| v.                                                    ) | Civil Action No. 08-0619 (PLF) |
|                                                         ) | |
| **MICHAEL W. WYNNE**             ) | |
| **SECRETARY OF THE DEPARTMENT** ) | |
| **OF THE AIR FORCE**              ) | |
|                                                         ) | |
| **Defendant.**                          ) | |

## ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Consent Motion for an Extension of Time to File an Answer or Other Response to the Complaint be GRANTED, and it is

FURTHER ORDERED that, Defendant shall have up to and including June 12, 2008, to file an Answer or other response to the Complaint.

Date this ____ day of _____, 2008.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Stephen Bamberger, Esq.
1529 Old Bridge Rd. #2
Woodbridge, VA 22192