UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. MILLS, JR. ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil Action No. 08-0619 |
| ) | (PLF) |
| ) | |
| MICHAEL W. WYNNE ) | |
| SECRETARY OF THE DEPARTMENT ) | |
| OF THE AIR FORCE ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through counsel, hereby stipulate to the dismissal of the Complaint on grounds of mootness. The United States Department of the Air Force has provided Plaintiff with all records requested under the Freedom of Information Act. Thus, the parties concur that the Complaint is now moot, and that this entire case should be, and hereby is, dismissed. The parties further stipulate that they will pay their own fees and costs in this matter.

Respectfully submitted,

_____
STEPHEN ALAN BAMBERGER
1529 Old Bridge Road
Suite #2
Woodbridge, VA 22192
(703) 551-4979
Fax: 703-499-9809

Counsel for Plaintiff

June 12, 2008

/s/
JEFFREY A. TAYLOR, D.C. BAR #489610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for Defendant